UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                             :

MYKAYLA FAGNANI, *on behalf of herself and all*    :
*others similarly situated*,    :

    :
              Plaintiff,    :            26-CV-3143 (JMF)
    :
    -v-    :            <u>ORDER</u>
    :

RUNAWAY BLUE, LLC,    :

    :
              Defendant.    :
    :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: April 21, 2026
      New York, New York                 _____
                                          JESSE M. FURMAN
                                      United States District Judge